ACCEPTED
15-24-00114-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 3:12 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-24-00114-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/20/2025 3:12:23 PM
CHRISTOPHER A. PRINE
Clerk

IN THE FIFTEENTH COURT OF APPEALS

AUSTIN, TEXAS

Cecile E. Young, in her official capacity as Executive Commissioner of Texas Health & Human Services Commission, Molina Healthcare of Texas, Inc., and Aetna Better Health of Texas, Inc.

*Appellants,*

v.

Cook Children's Health Plan, Texas Children's Health Plan, Superior HealthPlan, Inc., and Wellpoint Insurance Company,

*Appellees.*

Appeal from 455th Judicial District Court, Travis County, Texas,
Trial Court Cause No. D-1-GN-24-003839,
Hon. Laurie Eiserloh, Presiding

## AETNA BETTER HEALTH OF TEXAS INC. AND MOLINA HEALTHCARE OF TEXAS, INC.'S JOINT UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

In accordance with Texas Rule of Appellate Procedure 10.5(b), Appellants Aetna Better Health of Texas, Inc. ("Aetna") and Molina Healthcare of Texas, Inc. ("Molina") file this motion for an extension of time to file their appellant's briefs. This is the first request for an extension of time for this filing, and it is **unopposed**. The purpose of the request is to maintain a single deadline for all appellants' briefs.

1. By order dated August 8, 2025, this Court ordered all appellants to file their opening briefs by August 28, 2025.

2. Appellant Cecile Erwin Young, in her official capacity as the Executive Commissioner of the Texas Health and Human Services Commission, moved for an extension until September 29, 2025. Although Aetna and Molina took no position on the Commissioner's motion, Aetna and Molina suggested that all appellants' deadlines should remain aligned. The Commissioner noted Aetna and Molina's preference in the motion's certificate of conference. *See* Young Mot. 5.

3. On August 19, 2025, the Court granted the Commissioner's motion. Accordingly, the Commissioner's appellant's brief is currently due on September 29, while Aetna and Molina's appellant's briefs remain due on August 28.

4. To keep the appellants' deadlines and the appellees' response deadlines aligned, Aetna and Molina move the Court to extend the deadline for their appellant's briefs to September 29, 2025.

## Prayer

Aetna and Molina respectfully urge the Court to extend the deadline for filing their appellant's briefs until September 29, 2025.

Respectfully submitted,

TAFT STETTINIUS & HOLLISTER LLP
/s/ *Marc J. Kessler*
Marc J. Kessler
Ohio Bar No. 0059263
41 South High Street, Suite 1800
Columbus, Ohio 43215-6106
(614) 220-0237

EWELL, BROWN, BLANKE & KNIGHT LLP
/s/ *Joseph R. Knight*
Joseph R. Knight
State Bar No. 11601275
111 Congress Avenue, 28th Floor
Austin, Texas 78701
512.770.4010
877.851.6384 (fax)
jknight@ebbklaw.com

*Attorneys for Aetna Better Health of Texas, Inc.*

SCOTT, DOUGLASS, & MCCONNICO LLP
/s/ *Jason R. LaFond* (with permission)
Jason R. LaFond
State Bar No. 24103136
jlafond@scottdoug.com
Cheryl Joseph LaFond
State Bar No. 24104015
clafond@scottdoug.com
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300

*Attorneys for Molina Healthcare of Texas, Inc.*

3

## Certificate of Conference

I certify that I consulted with counsel for all parties on August 20, 2025, and all of them are unopposed to the relief sought in this motion.

/s/ *Joseph R. Knight*
Joseph R. Knight

## Certificate of Service

I certify that a true and correct copy of the foregoing document has been filed and served on all counsel of record on August 20, 2025, via the Court's electronic filing service.

/s/ *Joseph R. Knight*
Joseph R. Knight

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104630700
Filing Code Description: Motion
Filing Description: Joint Unopposed Motion to Extend Time to file Appellants' Briefs
Status as of 8/20/2025 3:23 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Michaelle Peters | | mpeters@scottdoug.com | 8/20/2025 3:12:23 PM | SENT |
| Julie Wright | | julie.wright@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Amanda DoddsPrice | | amanda.price@squirepb.com | 8/20/2025 3:12:23 PM | SENT |
| Karen Burgess | 796276 | kburgess@burgesslawpc.com | 8/20/2025 3:12:23 PM | SENT |
| Mark Emery | 24050564 | mark.emery@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Robert Johnson | 10786400 | rjohnson@foley.com | 8/20/2025 3:12:23 PM | SENT |
| Richard Phillips | 24032833 | Rich.Phillips@hklaw.com | 8/20/2025 3:12:23 PM | SENT |
| J McCaig | 24070083 | meghan.mccaig@outlook.com | 8/20/2025 3:12:23 PM | SENT |
| Michelle Ku | 24071452 | mku@foley.com | 8/20/2025 3:12:23 PM | SENT |
| Joseph Knight | 11601275 | jknight@ebbklaw.com | 8/20/2025 3:12:23 PM | SENT |
| Amy Warr | 795708 | awarr@adjtlaw.com | 8/20/2025 3:12:23 PM | SENT |
| Warren Huang | 796788 | warren.huang@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Paul Trahan | 24003075 | paul.trahan@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Susan Harris | 6876980 | susan.harris@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Anna Baker | 791362 | abaker@adjtlaw.com | 8/20/2025 3:12:23 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
| Mandy Patterson | | mpatterson@adjtlaw.com | 8/20/2025 3:12:23 PM | SENT |
| Michelle Joyner | | mjoyner@scottdoug.com | 8/20/2025 3:12:23 PM | SENT |
| William FCole | | William.Cole@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
| Abril Rivera | | arivera@scottdoug.com | 8/20/2025 3:12:23 PM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 104630700
Filing Code Description: Motion
Filing Description: Joint Unopposed Motion to Extend Time to file Appellants' Briefs
Status as of 8/20/2025 3:23 PM CST

Case Contacts

| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
|---|---|---|---|---|
| Kayla Ahmed | | kayla.ahmed@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 8/20/2025 3:12:23 PM | SENT |
| Thomas Coulter | 4885500 | tom.coulter@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
| Cheryl LaFond | 24104015 | clafond@scottdoug.com | 8/20/2025 3:12:23 PM | SENT |
| Jessie Johnson | | jessie.johnson@nortonrosefulbright.com | 8/20/2025 3:12:23 PM | SENT |
| Benjamin Grossman | | bjgrossman@foley.com | 8/20/2025 3:12:23 PM | SENT |
| David Johns | | david@cobbjohns.com | 8/20/2025 3:12:23 PM | SENT |
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
| Juliana Bennington | | jbennington@perkinscoie.com | 8/20/2025 3:12:23 PM | SENT |
| Jonathan Hawley | | jhawley@perkinscoie.com | 8/20/2025 3:12:23 PM | ERROR |
| Reina A.Almon-Griffin | | ralmon-Griffin@perkinscoie.com | 8/20/2025 3:12:23 PM | SENT |
| Trisha Marino | | tmarino@perkinscoie.com | 8/20/2025 3:12:23 PM | SENT |
| Katie Dolan-Galaviz | | kgalaviz@burgesslawpc.com | 8/20/2025 3:12:23 PM | SENT |
| Karen Walker | | karen.walker@hklaw.com | 8/20/2025 3:12:23 PM | SENT |
| Tiffany Roddenberry | | tiffany.roddenberry@hklaw.com | 8/20/2025 3:12:23 PM | SENT |
| Stacey Obenhaus | | sobenhaus@foley.com | 8/20/2025 3:12:23 PM | SENT |
| Jason R.LaFond | | jlafond@scottdoug.com | 8/20/2025 3:12:23 PM | SENT |
| Matthew Gordon | | mgordon@perkinscoie.com | 8/20/2025 3:12:23 PM | SENT |
| Stacey Jett | | sjett@adjltaw.com | 8/20/2025 3:12:23 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 8/20/2025 3:12:23 PM | SENT |
| Perkins Docketing Team | | DocketSEA@perkinscoie.com | 8/20/2025 3:12:23 PM | SENT |